Certificate of Notice   Page 1 of 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: JEMISON, ALASTAIR MARSTON          §   Case No. 14-83077
                                          §
                                          §
                                          §
Debtor(s)                                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
MEGAN G. HEEG_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   U.S. Bankruptcy Court
   Stanley J. Rozkowski U.S. Courthouse
   327 S. Church Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30 on 03/07/2016 in Courtroom 3100, United States Courthouse,
327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 12/24/2015          By: /s/MEGAN G. HEEG
                                                    Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: JEMISON, ALASTAIR MARSTON § Case No. 14-83077
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,000.00 |
| *and approved disbursements of* | $ 1,205.57 |
| *leaving a balance on hand of* [1] | $ 13,794.43 |
| **Balance on hand:** | $ 13,794.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,794.43 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,250.00 | 0.00 | 2,250.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 2,500.00 | 0.00 | 2,500.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 78.75 | 0.00 | 78.75 |
| Accountant for Trustee, Fees - Justin Van Zuiden, CPA | 658.00 | 0.00 | 658.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,486.75 |
| Remaining balance: | $ 8,307.68 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 8,307.68 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,608.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10P | Illinois Department of Revenue | 2,608.70 | 0.00 | 2,608.70 |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 2,608.70 |
| | Remaining balance: | $ | 5,698.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 97,323.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 577.94 | 0.00 | 33.84 |
| 2 | Quantum3 Group LLC as agent for | 728.13 | 0.00 | 42.64 |
| 3 | Quantum3 Group LLC as agent for | 886.97 | 0.00 | 51.94 |
| 4 | Rock Valley Credit Union | 2,732.81 | 0.00 | 160.03 |
| 5 | CACH, LLC | 501.16 | 0.00 | 29.35 |
| 6 | Portfolio Recovery Associates, LLC | 939.71 | 0.00 | 55.03 |
| 7 | Capital One Bank (USA), N.A. | 920.13 | 0.00 | 53.88 |
| 8 | NAVIENT SOLUTIONS,INC. | 64,574.35 | 0.00 | 3,781.28 |
| 9 | Navient Solutions, Inc. | 20,027.55 | 0.00 | 1,172.75 |
| 10U | Illinois Department of Revenue | 593.45 | 0.00 | 34.75 |
| 11 | Capital Recovery V, LLC | 478.66 | 0.00 | 28.03 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 12 | American InfoSource LP as agent for | 1,982.46 | 0.00 | 114.92 |
| 13 | PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. | 2,400.00 | 0.00 | 140.54 |

Total to be paid for timely general unsecured claims: $ 5,698.98
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 14-83077-TML
Alastair Marston Jemison                                                Chapter 7
           Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-3           User: kkrystave              Page 1 of 2                  Date Rcvd: Jan 26, 2016
                               Form ID: pdf006              Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2016.
db            +Alastair Marston Jemison,    3304 Darwood Dr,    Rockford, IL 61101-2728
22500341      +Blatt, Hassemiller, Leibsker,    125 South Wacker Drive Suite 400,    Chicago IL 60606-4440
22500325      +Cach,LLC (Capital One),    4340 S Monaco St Unit 2,    Denver CO 80237-3485
22886018       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
22500327      +Capital One Bank USA NA,    POB 30281,   Salt Lake City UT 84130-0281
22500326      +Capital One/Menards,   POB 30253,    Salt Lake City UT 84130-0253
22500328      +Comenity Bank/King Size,    POB 182789,   Columbus OH 43218-2789
22500329      +Comenity Capital/Blain,    POB 182120,   Columbus OH 43218-2120
22649273      +Community Bank/ Hound,    POB 182120,   Columbus OH 43218-2120
22500330      +Comonity Capital/Habard,    POB 182120,   Columbus OH 43218-2120
22500342      +Convergent Outsourcing Inc,    800 SW 39th St/POB 9004,    Renton WA 98057-9004
22500331      +Elanco Financial Services,    POB 108,   Saint Louis MO 63166-0108
22649345      +Lonny Ben, Ogrg & Jonathan,    203 N LaSalle ST Ste 2100,    Chicago, IL 60601-1226
22918794      +NAVIENT SOLUTIONS,INC.,    c/o Navient Solutions Inc.,    220 Lasley Ave,
                Wilkes-Barre, PA 18706-1430
22500340      +NCO Financial System,    600 Pennsylvania Ave,    NW Washington DC 20580-0001
22918804       Navient Solutions, Inc.,    Department of Education Loan Services,    Po Box 9635,
                Wilkes-Barre PA. 18773-9635
22856937      +PLUMBERS & PIPE FITTERS, LOCAL 23, U.A.,    c/o Johnson & Krol, LLC,
                300 South Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
22511486      +ROCK VALLEY FEDERAL CREDIT UNION,    BY: Reilly Law Offices,    6801 Spring Creek Rd Ste 2D,
                Rockford, IL 61114-7420
22506987      +Rock Valley Credit Union,    6801 Spring Creek Rd 2D,    Rockford, IL 61114-7420
22500334      +Rockford Mercantile,    2502 S Alpine Rd,   Rockford IL 61108-7813
22500345       SLC Student Loan Trust,    701 Eboth ST N,    Sioux Falls SD 57104
22500344      +Sallie Mae,   POB 8500,    Wilkes Barre PA 18773-8500
22649225      +TCB Portfolio,    2441 Warrenville Rd 3D,    Lisle, Il 60532-3664
22500337       Webbank /Fingerhut,    6750 Ridgewood Road,    Saint Cloud MN 56303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23158376       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 27 2016 01:29:00
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK 73126-8941
22846735      +E-mail/Text: ebn@squaretwofinancial.com Jan 27 2016 01:33:07       CACH, LLC,
                4340 S. Monaco Street,    2nd Floor,   Denver, CO 80237-3485
23111233       E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2016 01:28:13       Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22649344      +E-mail/Text: bkynotice@harvardcollect.com Jan 27 2016 01:34:50       Harvard Collection Services,
                4839 N Elgton Ave,    Chicago, IL 60630-2589
23041912       E-mail/Text: rev.bankruptcy@illinois.gov Jan 27 2016 01:31:40
                Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
22500343      +E-mail/Text: bankruptcy@affglo.com Jan 27 2016 01:32:11       Leading Edge Recovery Solutions,
                POB 129,   Linden MI 48451-0129
22500338       E-mail/Text: bankruptcydpt@mcmcg.com Jan 27 2016 01:31:39       Midland Credit Mgmt Inc.,
                8875 Aero Dr St 200,    San Diego CA 92123
22649226      +E-mail/Text: bankruptcynotices@cbecompanies.com Jan 27 2016 01:32:50
                Nelson, Watson & Associates,    80 Merrimerk ST,    Haverhill, MA 01830-5211
22500332       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 27 2016 01:28:46
                Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,    Norfork VA 23502
22885421       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 27 2016 01:28:08
                Portfolio Recovery Associates, LLC,    successor to GE CAPITAL RETAIL BANK,    (AMAZON.COM),
                POB 41067,   Norfolk VA 23541
22835943       E-mail/Text: bnc-quantum@quantum3group.com Jan 27 2016 01:31:18
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
22835944       E-mail/Text: bnc-quantum@quantum3group.com Jan 27 2016 01:31:18
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA 98083-0788
22500339      +E-mail/Text: pkasmar@reilly-lawoffices.com Jan 27 2016 01:32:22       Reilly Law Offices,
                6801 Spring Creek Rd,    Suite 2P,   Rockford IL 61114-7420
22500333      +E-mail/Text: mpapoccia@rvfcu.org Jan 27 2016 01:30:57       Rock Valley Federal Credit Union,
                1201 Clifford Ave,    Loves Park IL 61111-7500
22500335       E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2016 01:28:43       SYNCB/Amazon,    POB 965015,
                Orlando FL 32896-5015
22500336       E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2016 01:28:04       SYNCB/Sams Club,    POB 965005,
                Orlando FL 32896-5005
22649343      +E-mail/PDF: pa_dc_claims@navient.com Jan 27 2016 01:28:09       Sallie Mae,    POB 9500,
                Wilkes, Barre PA 18773-9500
                                                                                              TOTAL: 17
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: Jan 26, 2016
                              Form ID: pdf006              Total Noticed: 41
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22856938*      +PLUMBERS & PIPE FITTERS, LOCAL 23, U.A.,    c/o Johnson & Krol, LLC,
                 300 South Wacker Drive, Suite 1313,     Chicago, IL 60606-6601
23176597*      +Plumbers & Pipe Fitters, Local 23, U.A.,    c/o Johnson & Krol, LLC,
                 300 South Wacker Drive, Suite 1313,     Chicago, IL 60606-6601
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2016 at the address(es) listed below:
              Jeffrey A Krol    on behalf of Creditor    Plumbers & Pipe Fitters, Local 23, U.A.
               jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor    Plumbers & Pipe Fitters, Local 23, U.A.
               mallon@johnsonkrol.com,   docket@johnsonkrol.com;foderaro@johnsonkrol.com
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg     on behalf of Trustee Megan G Heeg heeg@egblc.com,    IL55@ecfcbis.com
              Megan G Heeg     on behalf of Accountant Justin  Van Zuiden heeg@egblc.com,    IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              William A Reilly, II    on behalf of Creditor    Rock Valley Credit Union
               wreilly@reilly-lawoffices.com,  pkasmar@reilly-lawoffices.com
                                                                                              TOTAL: 7
```