**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: JEMISON, ALASTAIR MARSTON　　§　Case No. 14-83077
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,680.00　　　　　　　Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,307.68　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　Without Payment: $91,624.34

Total Expenses of Administration: $6,692.32

---

　　　3)  Total gross receipts of $   15,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,204.32 | 6,204.32 | 6,204.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 488.00 | 488.00 | 488.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,608.70 | 2,608.70 | 2,608.70 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 97,323.32 | 97,323.32 | 5,698.98 |
| **TOTAL DISBURSEMENTS** | $0.00 | $106,624.34 | $106,624.34 | $15,000.00 |

4) This case was originally filed under Chapter 7 on October 09, 2014. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2016          By:  /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Jemison v. JATC, case no. 13 C 50335 | 1249-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 78.75 | 78.75 | 78.75 |
| Justin Van Zuiden, CPA | 3410-000 | N/A | 658.00 | 658.00 | 658.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 22.99 | 22.99 | 22.99 |
| Illinois Department of Revenue | 2810-000 | N/A | 644.00 | 644.00 | 644.00 |
| Rabobank, N.A. | 2600-000 | N/A | 21.38 | 21.38 | 21.38 |
| Rabobank, N.A. | 2600-000 | N/A | 19.20 | 19.20 | 19.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,204.32 | $6,204.32 | $6,204.32 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United States Treasury | 6820-000 | N/A | 488.00 | 488.00 | 488.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $488.00 | $488.00 | $488.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Illinois Department of Revenue | 5200-000 | N/A | 2,608.70 | 2,608.70 | 2,608.70 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,608.70 | $2,608.70 | $2,608.70 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 577.94 | 577.94 | 33.84 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 728.13 | 728.13 | 42.64 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 886.97 | 886.97 | 51.94 |
| 4 | Rock Valley Credit Union | 7100-000 | N/A | 2,732.81 | 2,732.81 | 160.03 |
| 5 | CACH, LLC | 7100-000 | N/A | 501.16 | 501.16 | 29.35 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 939.71 | 939.71 | 55.03 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 920.13 | 920.13 | 53.88 |
| 8 | NAVIENT SOLUTIONS, INC. | 7100-000 | N/A | 64,574.35 | 64,574.35 | 3,781.28 |
| 9 | Navient Solutions, Inc. | 7100-000 | N/A | 20,027.55 | 20,027.55 | 1,172.75 |
| 10U | Illinois Department of Revenue | 7100-000 | N/A | 593.45 | 593.45 | 34.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Capital Recovery V, LLC | 7100-000 | N/A | 478.66 | 478.66 | 28.03 |
| 12 | American InfoSource LP as agent for | 7100-000 | N/A | 1,962.46 | 1,962.46 | 114.92 |
| 13 | PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. | 7100-000 | N/A | 2,400.00 | 2,400.00 | 140.54 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $97,323.32 | $97,323.32 | $5,698.98 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83077  
**Case Name:** JEMISON, ALASTAIR MARSTON

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/09/14 (f)  
**§341(a) Meeting Date:** 11/13/14

**Period Ending:** 04/01/16  
**Claims Bar Date:** 04/17/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  $30 on person | 30.00 | 0.00 | | 0.00 | FA |
| 2  Associated Bank checking # | 50.00 | 0.00 | | 0.00 | FA |
| 3  bed, dresser, tv | 750.00 | 0.00 | | 0.00 | FA |
| 4  clothes | 750.00 | 0.00 | | 0.00 | FA |
| 5  1998 Chevy Blazer | 1,100.00 | 0.00 | | 0.00 | FA |
| 6  Jemison v. JATC, case no. 13 C 50335 (u) Litigation filed in the Northern District of Illinois | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 6  **Assets  Totals** (Excluding unknown values) | **$2,680.00** | **$15,000.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     November 30, 2015     **Current Projected Date Of Final Report (TFR):**     December 24, 2015  (Actual)

Printed: 04/01/2016 01:45 PM     V.13.25

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-83077  
**Case Name:** JEMISON, ALASTAIR MARSTON  
**Taxpayer ID #:** **-***8426  
**Period Ending:** 04/01/16  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/24/15 | {6} | Hudson Insurance Company | litigation settlement | 1249-000 | 15,000.00 | | 15,000.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,990.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.99 | 14,967.01 |
| 10/21/15 | 101 | United States Treasury | taxes | 6820-000 | | 488.00 | 14,479.01 |
| 10/21/15 | 102 | Illinois Department of Revenue | taxes | 2810-000 | | 644.00 | 13,835.01 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.38 | 13,813.63 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.20 | 13,794.43 |
| 03/09/16 | 103 | Justin Van Zuiden, CPA | Dividend paid 100.00% on $658.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 658.00 | 13,136.43 |
| 03/09/16 | 104 | MEGAN G. HEEG | Dividend paid 100.00% on $2,250.00, Trustee Compensation; Reference: | 2100-000 | | 2,250.00 | 10,886.43 |
| 03/09/16 | 105 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,500.00 | 8,386.43 |
| 03/09/16 | 106 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $78.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 78.75 | 8,307.68 |
| 03/09/16 | 107 | Illinois Department of Revenue | Dividend paid 100.00% on $2,608.70; Claim# 10P; Filed: $2,608.70; Reference: | 5200-000 | | 2,608.70 | 5,698.98 |
| 03/09/16 | 108 | Quantum3 Group LLC as agent for | Dividend paid 5.85% on $577.94; Claim# 1; Filed: $577.94; Reference: | 7100-000 | | 33.84 | 5,665.14 |
| 03/09/16 | 109 | Quantum3 Group LLC as agent for | Dividend paid 5.85% on $728.13; Claim# 2; Filed: $728.13; Reference: | 7100-000 | | 42.64 | 5,622.50 |
| 03/09/16 | 110 | Quantum3 Group LLC as agent for | Dividend paid 5.85% on $886.97; Claim# 3; Filed: $886.97; Reference: | 7100-000 | | 51.94 | 5,570.56 |
| 03/09/16 | 111 | Rock Valley Credit Union | Dividend paid 5.85% on $2,732.81; Claim# 4; Filed: $2,732.81; Reference: | 7100-000 | | 160.03 | 5,410.53 |
| 03/09/16 | 112 | CACH, LLC | Dividend paid 5.85% on $501.16; Claim# 5; Filed: $501.16; Reference: | 7100-000 | | 29.35 | 5,381.18 |
| 03/09/16 | 113 | Portfolio Recovery Associates, LLC | Dividend paid 5.85% on $939.71; Claim# 6; Filed: $939.71; Reference: | 7100-000 | | 55.03 | 5,326.15 |
| 03/09/16 | 114 | Capital One Bank (USA), N.A. | Dividend paid 5.85% on $920.13; Claim# 7; Filed: $920.13; Reference: | 7100-000 | | 53.88 | 5,272.27 |
| 03/09/16 | 115 | NAVIENT SOLUTIONS,INC. | Dividend paid 5.85% on $64,574.35; Claim# 8; Filed: $64,574.35; Reference: | 7100-000 | | 3,781.28 | 1,490.99 |
| 03/09/16 | 116 | Navient Solutions, Inc. | Dividend paid 5.85% on $20,027.55; Claim# 9; Filed: $20,027.55; Reference: | 7100-000 | | 1,172.75 | 318.24 |
| 03/09/16 | 117 | Illinois Department of Revenue | Dividend paid 5.85% on $593.45; Claim# 10U; Filed: $593.45; Reference: | 7100-000 | | 34.75 | 283.49 |

Subtotals :   $15,000.00   $14,716.51

{} Asset reference(s)

Printed: 04/01/2016 01:45 PM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-83077  
**Case Name:** JEMISON, ALASTAIR MARSTON  

**Taxpayer ID #:** **-***8426  
**Period Ending:** 04/01/16

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/09/16 | 118 | Capital Recovery V, LLC | Dividend paid 5.85% on $478.66; Claim# 11; Filed: $478.66; Reference: | 7100-000 | | 28.03 | 255.46 |
| 03/09/16 | 119 | American InfoSource LP as agent for | Dividend paid 5.85% on $1,962.46; Claim# 12; Filed: $1,962.46; Reference: | 7100-000 | | 114.92 | 140.54 |
| 03/09/16 | 120 | PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. | Dividend paid 5.85% on $2,400.00; Claim# 13; Filed: $2,400.00; Reference: | 7100-000 | | 140.54 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,000.00 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$15,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6066** | 15,000.00 | 15,000.00 | 0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |

{} Asset reference(s)

Printed: 04/01/2016 01:45 PM    V.13.25